**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH AN ACCOUNT LINKED TO THE EMAIL ADDRESS "v6hvq8fkr2@privaterelay.appleid.com" THAT IS STORED AT PREMISES CONTROLLED BY DROPBOX, INC. | No. 2:24-mj-248-KFW<br><br>**Filed Under Seal** |

**AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT**

I, Jonathan Duquette, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I make this affidavit in support of an application for a search warrant for information associated with certain accounts that is stored at premises owned, maintained, controlled, or operated by Dropbox, Inc., an electronic communications service headquartered at 1800 Owens Street, Suite 200, San Francisco, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Dropbox, Inc. to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications.

2. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S.

Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to provide the facts necessary for a determination of probable cause for the requested search warrant.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. §§ 2252 and 2252A have been committed by Target Subject SCOTT HAFFORD. There is also probable cause to search the information described in Attachment A for evidence, instrumentalities, contraband, and/or fruits of these crimes further described in Attachment B.

## JURISDICTION

5. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE

6. I hereby adopt and incorporate by reference the affidavit filed in support of the issuance of a search warrant in the United States District Court, District of Maine, currently pending at Case No. 2:24-mj-9-KFW, attached hereto as Exhibit 1. That warrant authorized the search of a gray 2022 Toyota Camry with Vehicle Identification

Number 4T1S11BK8NU072229 and Michigan license plate ESB3341, which was utilized by HAFFORD.

    7.    I know from my involvement in this investigation that a "CyberTip" was submitted by Dropbox, Inc. in accordance with federal law, 18 U.S.C.A. § 2258A, to the National Center for Missing and Exploited Children (NCMEC). Service providers are obliged to report the existence of files on their networks that are believed to contain child sexual abuse material. I have reviewed NCMEC CyberTipline Report Number 179317354, which was filed on December 1, 2023, and which provides the following information:

    a.    Email Address: v6hvq8fkr2@privaterelay.appleid.com (Verified 11-08-2023)

    b.    Screen/User Name: Scott Hafford

    c.    ESP User ID: 1979248577

    d.    IP Address: 2603:7081:6df0:6780:e4c1:c511:1894:de9 (Registration 11-08-2023)

    e.    Number of files uploaded: 2

    f.    Deconfliction: No matches by IP Address, Email Address, or ESP User ID.

    8.    I have reviewed one of the two files associated with the NCMEC report which depicts an adult woman masturbating, and instructing a prepubescent girl to assist her in doing so.

    9.    I know from my involvement in this investigation that HAFFORD was indicted in thirteen counts by the Androscoggin County District Attorney's Office,

relating to the criminal conduct described in Exhibit 1, and is currently being detained in the Androscoggin County Jail pending further court proceedings.

10. I know from open-source research that Dropbox, Inc. is an internet company that provides users with various services, including remote electronic storage which its users can utilize to easily transfer files between users, or to store files remotely in order to access them from any number of electronic devices.

11. In general, providers like Dropbox, Inc. ask each of their subscribers to provide certain personal identifying information when registering for an ACCOUNT. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, e-mail addresses, and, for paying subscribers, a means and source of payment (including any credit or bank account number).

12. Providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account, and other log files that reflect usage of the account. In addition, providers often have records of the Internet Protocol address ("IP address") used to register the account and the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the ACCOUNT.

13. In some cases, ACCOUNT users will communicate directly with a provider about issues relating to their account, such as technical problems, billing inquiries, or

complaints from other users. Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

14. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Dropbox, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

15. Based on the forgoing, I request that the Court issue the proposed search warrant.

16. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

17. The government will execute this warrant by serving the warrant on Dropbox, Inc. Because the warrant will be served on Dropbox, Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

_____
Jonathan Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Aug 01 2024

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title

6